[pic]
 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FASCIMILE

|TO: |OF: |FAX NO.: |PHONE NO.:|
|Honorable Mary Murphy |14th District Court |214-653-60|214-653-60|
| | |01 |00 |
|Mr. Jeffrey Wallace |Jeffrey W. Hellberg, Jr., |214-720-10|214-720-10|
|Hellberg |P.C. |18 |10 |
|Mr. C. Thomas Wesner |Wesner Coke & Clymer, P.C. |972-770-26|972-770-26|
|Jr. | |03 |00 |
|Mr. Jeffrey Charles |Kane Russell Coleman & |214-777-42|214-777-42|
|Tasker |Logan, P.C. |99 |20 |
|Ms. Melissa Ann |Figari & Davenport, LLP |214-939-20|214-939-20|
|Mitchell | |90 |00 |

FROM: Clerk's Office
DATE: April 12, 2004
PAGES: (5), including cover page

RE: Case Number 04-0277;IN RE WORTH ROSS, RECEIVER FOR STATEPARK
BUILDING GROUP, LTD., THE COLONNADE AT TURTLE CREEK, L.P., STATEPARK
COLLEYVILLE, LTD., BLACKBURN/TRAVIS/COLE, LTD., AND PORTOBELLO, LTD.

COMMENTS:

 If you have any questions, please call. Thank you.
 [pic]
 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FASCIMILE

|TO: |OF: |FAX NO.: |PHONE NO.:|
|Mr. Christopher M. Weil|Weil & Petrocchi, P.C. |214-880-74|214-969-72|
| | |02 |72 |
|Mr. Tom Thomas |Kolodey, Thomas & |214-953-00|214-953-00|
| |Blackwood, L.L.P. |06 |00 |
|Mr. Sim Israeloff |Cowles & Thompson, P.C. |214-672-21|214-672-20|
| | |31 |00 |
|Mr. Robert M. |Law Offices of Robert M. |972-278-35|972-278-59|
|Fitzgerald |Fitzgerald |62 |85 |
|Mr. Wayne Frena |221 Benton Drive |N/A |N/A |
|Mr. Mark Ralston |Locke, Purnell, Rain & Hall|214-871-31|214-740-88|
| | |81 |00 |

FROM: Clerk's Office
DATE: April 12, 2004
PAGES: (5), including cover page

RE: Case Number ; 04-0277;IN RE WORTH ROSS, RECEIVER FOR STATEPARK
BUILDING GROUP, LTD., THE COLONNADE AT TURTLE CREEK, L.P., STATEPARK
COLLEYVILLE, LTD., BLACKBURN/TRAVIS/COLE, LTD., AND PORTOBELLO, LTD.

COMMENTS:

 If you have any questions, please call. Thank you.